894

No. D–167. In re Disbarment of Reiser. Disbarment entered. [For earlier order herein, see 441 U. S. 920.]

No. D–170. In re Disbarment of Cohen. It is ordered that Robert Baer Cohen, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–171. In re Disbarment of Garcia. It is ordered that James Leon Garcia, Jr., of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–172. In re Disbarment of Bendes. It is ordered that Maurice Albert Bendes, of Lawrence, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–173. In re Disbarment of Salls. It is ordered that Eugenio Cornier Salls, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–174. In re Disbarment of Spooner. It is ordered that Daniel J. Spooner, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.